Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICEMAX INCORPORATED, et al.,<br><br>　　　　Defendants. | No.   1:10-cv-00218-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Complaint Filed February 10, 2010 |

Plaintiff Daniel Delgado, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, Defendants OfficeMax Incorporated and Clovis Market Place L.P., through their attorneys Littler Mendelson and David S. Pearson, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: April 2, 2010                    /s/Tanya Levinson Moore
　　　　　　　　　　　　　　　　　Tanya E. Levinson Moore
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Delgado v. OfficeMax Inc., et al.*

*Stipulation for Dismissal*

Date: April 2, 2010

/s/ Michele Z. Stevenson
Michele Z. Stevenson
LITTLER MENDELSON
Attorneys for Defendant
OFFICEMAX INCORPORATED

Date: April 2, 2010

/s/ David S. Pearson
David S. Pearson
LAW OFFICES OF DAVID PEARSON
Attorneys for Defendant
CLOVIS MARKET PLACE, L.P.

## **ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **April 2, 2010**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

*Delgado v. OfficeMax Inc., et al.*

*Stipulation for Dismissal*